UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| LAKESHA V. THOMAS | ) | No. 18 B 04887 |
| | ) | |
| Debtor. | ) | |

### ORDER ON DEBTOR'S MOTION TO VACATE ORDER GRANTING MOTION FOR RELIEF FROM STAY (Docket No. 61)

Evidentiary hearing held on Debtor's Motion to Vacate Order for Relief from Stay. For reasons more fully stated on the bench, IT IS HEREBY ORDERED THAT:

1. Motion to Vacate will be denied on present record, but entry of Order is delayed for two weeks (August 15, 2018).

2. Case is set for final ruling on August 15, 2018, at 10:30 a.m. in courtroom 682. Temporary renewal of stay continued in effect until that date. At that time court will deny Debtor's Motion to fully reinstate stay unless Debtor has obtained insurance on subject property and paid August 2017 installment on real estate taxes.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ____ day of August 2018.

AUG - 2 2018